AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Apple iPhone 6<br>IMEI: 358373066729285 | ) ) ) ) ) ) | Case No.  **18 M J 2 3 4 9** |

FILED

MAY 1 0 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ Southern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Robbery; Conspiracy to do the same |
| 18 U.S.C. § 924(c) | Carrying and Brandishing a Firearm in the Commission of a Crime of Violence |

The application is based on these facts:

See the attached Affidavit of Alex Esconde.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Alex Esconde, Special Agent FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/10/18__

_____
*Judge's signature*

City and state:  San Diego, California

Hon. Bernard G. Skomal, U.S. Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**
PROPERTY TO BE SEARCHED

An Apple iPhone 6 with IMEI: 358373066729285 and Serial Number: DNQP6F8FG5MD (**TT#1**) currently being held as evidence in the Southern District of California.

## ATTACHMENT B
ITEMS TO BE SEIZED

Authorization to search the cellular phone described in Attachment A includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the cellular phone. The seizure and search of the cellular phone shall be conducted in accordance with the procedure(s) in the affidavit submitted in support of the warrant.

The evidence to be seized from the cellular phone will be electronic records, communications, and data such as emails, text messages, photographs, audio files, videos, and location data, for the period of **September 1, 2016** to **April 11, 2017**:

a.   tending to identify attempts to coordinate and commit armed robberies in the San Diego area;

b.   tending to identify accounts, facilities, storage devices, and/or services–such as email addresses, IP addresses, and phone numbers–used to facilitate armed robberies in the San Diego area;

c.   tending to identify participants, co-conspirators, criminal associates, or others involved in armed robberies in the San Diego area;

d.   tending to identify travel to or presence at locations involved in armed robberies in the San Diego area, such as locations robbed, or scouted for robbery, or safe houses, where firearm(s) and ammunition used in the robberies were obtained or stored;

e.   tending to identify the user of, or persons with control over or access to, the subject telephone; and/or

f.   tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

**which are evidence of violations of Title 18, United States Code, Sections 1951 and 924(c).**

## AFFIDAVIT IN SUPPORT OF

## APPLICATION FOR A SEARCH WARRANT

I, Alex Esconde, being duly sworn, declare and state:

### I.

### INTRODUCTION

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so since February 2003.  I am assigned to the San Diego Field Division, Violent Crimes Task Force as the Bank Robbery Coordinator.  I am also assigned to investigate violent crimes that include robberies, murder, kidnappings, and assaults on federal officers.  During the course of my duties, I have prepared search and arrest warrants and have participated in the execution of search and arrest warrants. The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with other local and federal law enforcement officers.

2.      The result of my training and experience, and my conversations with other Special Agents of the FBI, and Task Force Officers (TFOs), as well as detectives and officers and other local investigators familiar with violent crime, and bank robberies, form the basis of opinions and conclusions set forth below, which I drew from the facts set forth herein.  Dates and times outlined below are approximate.

3.      I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information from: (a) oral and written reports about this investigation which I have reviewed; (b) physical surveillance conducted by federal agents or local law enforcement agents, which observations have been reported to me either directly or indirectly; and (c) statements of cooperating individuals.

4.      Except as otherwise noted, information set forth in this affidavit has either been observed or provided to me by law enforcement officers with whom I have spoken,

who were involved in this investigation, or whose reports I have read and reviewed. Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my own observations but rather has been provided directly or indirectly by other law enforcement officers who conducted such surveillance.

5.    Because this affidavit is being submitted for the limited purpose of seeking the search warrant specified below, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the requested warrant.

6.    In my training and experience, I have learned that individuals often use their cell phones and electronic media to conspire, plan and coordinate their criminal activities and that cellphones and electronic media retain information such as communications, photographs, and location data that evidence criminal activities.

7.    This affidavit is made in support of an application to search for and seize evidence of violations of 18 U.S.C. § 1951, Hobbs Act – Interference with Commerce by Robbery and Conspiracy to do the same, and 18 U.S.C. § 924(c), Carrying and, Brandishing a Firearm in the Commission of a Crime of Violence (the "Target Offenses"), as described in **Attachment B**.

8.    I respectfully submit there is probable cause that evidence of the Target Offenses will be found on the following device:

    a. Apple iPhone 6
       IMEI: 358373066729285
       Serial Number: DNQP6F8FG5MD
       (hereinafter referred to as "**TT#1**");

as further described in **Attachment A,** which is associated with Don Wayne Jones III (JONES).

9.    On May 10, 2017, a short time after the events described below, in warrant 17mj1471, the Honorable William V. Gallo authorized the search of **TT#1** and the seizure of electronic evidence from the period of March 23, 2017 to May 9, 2017. Since the original warrant was authorized for **TT#1**, investigators have executed more than 20 additional

2

1 | warrants and orders, have a better understanding of the armed robberies described below,
2 | and would like to review the contents of **TT#1** again. In addition, investigators have
3 | learned JONES obtained a firearm used by Juan Marquise Holiday (HOLIDAY) in the
4 | Market at the Ranch robbery likely prior to March 23, 2017, and would also like to review
5 | **TT#1** for evidence retained on the phone prior to March 23, 2017.

6     10.   **TT#1** is being held as evidence by the FBI at a location in the Southern
7 | District of California.

## II.

## PROBABLE CAUSE

10     11.   Between January 5, 2017, and April 22, 2017, robberies were committed or
11 | attempted at ten businesses. A firearm was brandished or discharged during each. The
12 | robberies and attempted robberies occurred at the following dates, locations, and times:

| Robbery No. | Date | Time | Victim | Address |
|---|---|---|---|---|
| 1 | 1/5/2017 | 0007 | Arco Gas Station | 3724 Del Sol Blvd San Diego, CA |
| 2 | 1/11/2017 | 2028 | Perry Liquor | 4707 Federal Blvd San Diego, CA |
| 3 | 1/11/2017 | 2033 | Par Liquor | 5055 Federal Blvd San Diego, CA |
| 4 | 1/11/2017 | 2215 | Green Cat Liquor | 5102 Imperial Ave San Diego, CA |
| 5 | 4/6/2017 | 2125 | Market at the Ranch | 10299 Scripps Trail San Diego, CA |
| 6 | 4/19/2017 | 255 | 7-Eleven | 9365 Jamacha Blvd Spring Valley, CA |
| 7 | 4/20/2017 | 2036 | Eastridge Liquor | 7705 University Ave La Mesa, CA |
| 8 | 4/20/2017 | 2105 | Apollo Market | 2327 Reo Dr San Diego, CA |

3

| 9 | 4/20/2017 | 2136 | G&M Market | 8903 Jamacha Rd Spring Valley, CA |
| 10 | 4/22/2017 | 2125 | Victoria's Mexican Grill | 1912 Coronado Ave San Diego, CA |

12.    At the time of the robberies and attempted robberies, Victoria's Mexican Grill sold Coke that was manufactured in Mexico, and the other locations sold Sam Adams beer, Marlboro cigarettes, and/or Patron Silver tequila, all of which are manufactured outside of California.

**Arco Gas Station Robbery**

13.    On January 5, 2017, at approximately 12:07 AM, Suspect 1 entered the Arco Gas Station, located at 3724 Del Sol Blvd., San Diego, CA, armed with a handgun. Suspect 1 walked up to the counter, pointed a handgun at the employee at the counter, and demanded the clerk put the register's money in a bag. The clerk used a bag from underneath the counter and placed cash from the register in it, which Suspect 1 took and left the store with. Suspect 1's handgun was black with a laser sight attached to the trigger guard. Suspect 1 was wearing a hooded sweatshirt with the hood up and tightly drawn around his face. Suspect 1 was described as a Hispanic male, mid 20's, 5'9"m medium build, 140-150lbs, and lighter skinned.

14.    Officers who responded to the robbery found a plastic bag along Suspect 1's last known route that matched the bag the clerk had handed him.  A DNA profile identified from the bag came back to HOLIDAY.

**Perry Liquor Robbery**

15.    On January 11, 2017, at approximately 8:28 PM, Suspect 1 entered the Perry Liquor, located at 4707 Federal Blvd., San Diego, CA, armed with a handgun, pointed the handgun at the employee at the counter, and said "Give me all the money you have." As the employee was trying to comply, the robber fired one round towards the employee. The round hit the display shelf near the employee, but did not strike the employee.  The employee provided Suspect 1 with approximately $100 and a bottle of Hennessy Cognac,

4

1  which he took and fled. Suspect 1's handgun was black with a laser sight attached to the

2  trigger guard. Suspect 1 was wearing a black hooded sweatshirt, with the hood closed over

3  his face, a blue bandana covering the face below the eyes. Suspect 1 was described as was

4  described as a white or Hispanic male, standing approximately 6'0", with a thin to medium

5  build.

### Par Liquor Robbery

6

7  16.   On January 11, 2017, at approximately 8:33 PM, Suspect 1 entered the Par

8  Liquor, located at 5055 Federal Blvd., San Diego, CA, armed with a handgun, walked past

9  two customers in line at the counter, pointed the handgun at the employee at the counter,

10  and said "give it up, give it up, this isn't a joke," and fired one round into the display shelf

11  behind the employee.  The teller handed over $1,000.  Suspect 1's handgun was black with

12  a laser sight attached to the trigger guard and he was wearing a hooded sweatshirt, with the

13  hood closed over his face, a blue bandana covering the face below the eyes. Suspect 1 was

14  described as a white or Hispanic male, standing approximately 6'0", with a thin to medium

15  build.

### Green Cat Robbery

16

17  17.   On January 11, 2017, at approximately 10:15 PM, Suspect 1 entered the Green

18  Cat Liquor, located at 5102 Imperial Avenue, San Diego, CA, armed with a handgun,

19  approached the employee at the counter, and yelled "Open the register, open the register."

20  Suspect 1 then fired one round into the display shelf behind the employee.  The employee

21  could not open the register, and Suspect 1 fired a second round into the display shelf.  The

22  employee then went into the back office and provided Suspect 1 with approximately $1,200

23  and Suspect 1 fled.  Suspect 1's handgun was black with a laser sight attached to the trigger

24  guard and he was wearing a long-sleeved shirt and blue bandana covering the face below

25  the eyes.

### Market at the Ranch Robbery

26

27  18.   On April 6, 2017, at approximately 9:25 PM, Suspect 1 entered the Market at

28  the Ranch convenience store, located at 10299 Scripps Trail, San Diego, CA.  Suspect 1

brandished a semi-automatic handgun, chambered a round, and demanded money from the employee. During the commission of the crime, Suspect 1 discharged his firearm while inside the store and pistol whipped the employee on the side of his head. The employee started putting money on the counter. Suspect 1 hit the employee with the gun two times on the head and told the employee to put the money in a bag. The employee provided Suspect 1 with cash from the drawer. Suspect 1 told the employee to open the safe under the counter. The employee was unable to open the safe and Suspect 1 discharged his firearm into the wall. Suspect 1 went around the counter and started kicking the employee in the legs. Suspect 1 discharged his firearm a second time into the wall. Suspect 1 took the money and fled the scene. One Speer Luger 9mm cartridge casing, one R-P 9mm Luger cartridge casing, and two projectiles were recovered at the scene. Suspect 1 was described as a light-skinned black male, approximately 35 to 40 years old, standing approximately 5'7" to 6'0" and weighing about 180-200 pounds. Suspect 1 was wearing a black hooded sweatshirt with the hooded portion cinched to limit the visibility of his face, dark pants, dark shoes, and gray gloves with black palms. Suspect 1's firearm was described as a two-toned (silver/black) 9mm handgun with a silver slide and black frame.

19.    Surveillance footage from across the street from the store shows several sedans and a small SUV drive past Market at the Ranch on Scripps Trail prior to the robbery. As noted above, Market at the Ranch was robbed at approximately 9:25 PM. A resident in the neighborhood told investigators that at "approximately 9:40 PM," he heard what he believed was fireworks and went outside to smoke a cigarette. As he did, the resident noticed a vehicle sixty yards away from his house on Scripps Trail and approximately a block north of Market at the Ranch. The vehicle was parked but running and the interior light was on, and although the vehicle was already running the male in the driver's seat attempted to start it, grinding the gears. The resident said the vehicle then suddenly peeled out and drove north away from Market at the Ranch. The resident described the vehicle as a small SUV, similar to a Ford Escape, and described the driver as possibly white with a buzz cut.

6

### 7-Eleven Robbery

20.     On April 19, 2017, at approximately 2:55 AM, Suspect 1 entered the 7-11 Store, located at 9365 Jamacha Boulevard, Spring Valley, CA.  Suspect 1 brandished a black gun, chambered a round, and told the employee, "Give me all the money from the register!"  Suspect 1 then struck the employee in the face with the gun. The employee walked toward the cash register followed by Suspect 1, who told the employee to get a bag and put all the money in the bag. The employee filled the bag with the money from the register. Suspect 1 then struck the cash register drawer with the gun in his hand and also demanded the rolled coins. Suspect 1 asked the employee if there was money in the back storage room and the employee said there wasn't. Suspect 1 directed the employee to the back storage area and while back there, Suspect 1 struck the employee in the back of the head with the gun. Suspect 1 verified there was no money in the back room and directed the employee back towards the register. Suspect 1 told the employee, "I'm gonna kill you now" and discharged one round into the ceiling just above the registers. Suspect 1 ordered the employee to put all of the Newport brand cigarettes into a plastic bag, which the employee did. Suspect 1 then ordered the employee to put all of the Marlboro brand cigarettes into another bag. The employee complied then the Suspect 1 took the money and cigarettes and fled the scene. One Perfecta 9mm cartridge casing and one projectile were recovered at the scene. Suspect 1 was described as light-skinned, black male, approximately 20 to 25 years old, standing approximately 5'6"-5'8", weighing approximately 180 pounds. Suspect 1 was wearing a red hooded sweatshirt, with black sleeves, with a manufacturing tag showing on the upper back area, with the hooded portion cinched very tightly to limit the visibility of his face, black pants, and black shoes. Suspect 1's firearm was described as a black 9mm handgun.

### Eastridge Liquor Store Attempted Robbery

21.     On April 20, 2017, at approximately 8:36 PM, Suspect 1 entered the Eastridge Liquor Store, located at 7705 University Avenue, La Mesa, CA. Suspect 1 entered the store and chambered a round, but did not see anyone in the store. The employee entered, but ran

7

back out when Suspect 1 pointed the gun at the employee. Suspect 1 fled the scene without any money or merchandise. Suspect 1 was described as a dark skinned male wearing blue hooded sweater, with black sleeves, with a white design on the upper back side of the sweater, which appeared to be the manufacture's tag. The hood of the sweater was cinched down around his face and there was a red mask or bandana covering his face. Suspect 1 was also wearing black pants, dark gray shoes and his blue and white checkered boxers shorts were showing in the waistband area of his pants. Suspect 1's firearm was described as a black semi-automatic handgun with a silver ejection port.

22.    Community surveillance footage from April 20, 2017, recovered after the suspects were identified, as described below, shows HOLIDAY and JONES departing HOLIDAY's residence at approximately 8:10PM in HOLIDAY's minivan. JONES looks right at the camera. HOLIDAY is wearing black pants and a blue hooded sweatshirt with black sleeves with a "SD" Padres' logo on front, matching the clothes worn by Suspect 1 (with the sweatshirt worn inside out) in Eastridge, Apollo, and G&M robberies. JONES is wearing a sweatshirt with a hood, jeans with rips in left knee area, and black and white "Jordan" style shoes, matching the clothes worn by Suspect 2 in the Apollo robbery, described below.

23.    After the surveillance footage was discovered, investigators drove the route at the speed limit from HOLIDAY's residence to Eastridge Liquor Store and found it took approximately 21 minutes, which would have allowed HOLIDAY and JONES enough time to depart HOLIDAY's residence at 8:10PM, drive to Eastridge, and for HOLIDAY to enter Eastridge at 8:36PM.

**Apollo Liquor Store Attempted Robbery**

24.    On April 20, 2017, at approximately 9:05 PM, Suspect 1 entered the Apollo Liquor Store, located at 2327 Reo Drive, San Diego, CA. There were two employees working at the time. Suspect 1 removed a black handgun from his right pocket and chambered a round. Suspect 1 pointed the gun at the employees and ordered the employees to open the register. One of the employees ran to the back and hid. Suspect 2 then entered

8

the store and milled about, while simulating a handgun underneath his jacket. Suspect 1 went to the back to look for the employee who fled. Suspect 2 kept telling Suspect 1 to "Hurry up, hurry up." Suspect 1 went behind the counter, banged on the cash register and demanded money. Suspect 2 exited the store, but came right back in. Suspect 1 appeared to be leaving, but turned around and pointed the gun at the employee again and demanded money. Suspect 2 approached Suspect 1 and demanded that they leave. Both fled without any money. Suspect 1 was described as a light-skinned black male wearing a blue hooded sweater, with black sleeves, with a white design on the upper backside of the sweater, which appeared to be the manufacture's tag, and the hood was cinched down around his face. He was also wearing red mask or bandana to cover his face, black pants, blue shoes, and his blue and white checkered boxers shorts were showing in the waistband area of his pants. The weapon was described as a black semi-automatic handgun with a silver ejection port. Suspect 2 was described as a thin male wearing a black hooded sweatshirt with the hood cinched down around his face. He was also wearing a white shirt, blue jeans with rips on the left knee area, and black and white "Jordan" style shoes.

### G&M Market Attempted Robbery

25.    On April 20, 2017, at approximately 9:36 PM, Suspect 1 entered the G&M Market, located at 8903 Jamacha Road, Spring Valley, CA. Suspect 1 brandished a black gun, pulled the slide back on the gun and demanded money while pointing the gun at the employee. The employee ran from behind the counter into a small storage closet and closed the door. Suspect 1 exited the store without taking any money or merchandise. Suspect 1 was described as dark-skinned male, possibly Hispanic, approximately 30 years old, standing approximately 6'1" in height, and weighing approximately 170 pounds. Suspect 1 was wearing a wearing a blue hooded sweater, with black sleeves, with a white design on the upper back side of the sweater, which appeared to be the manufacture's tag, and the hood was cinched down around his face, a red mask covering his face, black pants, and dark shoes. Suspect 1's firearm was described as a black semi-automatic handgun with a silver ejection port.

9

## Victoria's Mexican Grill Robbery

26.    On April 22, 2017, at approximately 9:25 PM, Suspect 1 and Suspect 2 entered the Victoria's Mexican Grill restaurant, located at 1912 Coronado Avenue, San Diego, CA. Suspect 1 chambered a round as he entered and demanded money. Suspect 1 ordered everyone to get down while the employee opened the cash register. Suspect 2 reached into the cook's pants and took approximately $325.00 from the cook. Suspect 2 simulated a handgun underneath his jacket. Both left with the cash register drawer and the money from the cook. Suspect 1 was described as a black male, approximately 20 years old, standing approximately 5'9"-6'0", with a thin build. Suspect 1 was wearing a blue hooded jacket, with black sleeves, with the hood drawn tight around his face and "SD" in white lettering on the front of the jacket. Suspect 1 was also wearing black pants and dark shoes. Suspect 2 was described as a black male, approximately 20 years old, standing approximately 5'9"-6'1" with a thin build. Suspect 2 was wearing a dark blue hooded jacket with the hood cinched down around his face. Suspect 2 was also wearing a white shirt under the jacket and black and white "Jordan" style shoes. Suspect 1's firearm was described as a black semi-automatic handgun.

## Identification of Suspects

27.    On April 10, 2017, San Diego Police Department Patrol Officers, in a marked unit, attempted to stop a red Toyota Camry (the Camry), traveling northbound on Altadena Avenue, in San Diego, California, for running a stop sign. The Camry did not yield to the officers and, after a pursuit, crashed into an embankment. All four occupants fled on foot. Three of the four occupants of the vehicle, including HOLIDAY, P.N., and a juvenile, were taken into custody after a short foot pursuit while the fourth occupant was not caught. The officers involved in this pursuit were shown a photograph of JONES. One officer said JONES. looked like the individual who ran from the Camry on April 10th and eluded the officers. The other officer said JONES. "definitely" looked like the individual. The three individuals who were apprehended, including HOLIDAY, were booked and released.

28.    At the time of his arrest on April 10, 2017, HOLIDAY was wearing a blue-hooded sweatshirt, with black sleeves, and "SD" in white lettering in front of the sweatshirt. HOLIDAY is a known Neighborhood Crips gang member and has used the monikers "Tiny Trim" and "Trigga Trim."  On May 8, 2017, a FBI Special Agent reviewed publicly available Facebook pages for Facebook username "TriggaTrim4." The account contained multiple photos, dated April 8, 2017, with HOLIDAY, JONES, and other unknown males. In these photos, HOLIDAY was wearing the same blue hooded sweatshirt, with black sleeves, and "SD" in white lettering in front of the sweatshirt as when he was arrested and released on April 10, 2017.  The sweatshirt matches the description of the sweatshirt worn by Suspect 1 in the April 22, 2017 robbery. The color and pattern of the sweatshirt matches the sweatshirt worn by Suspect 1 in the three April 20, 2017 robberies. HOLIDAY was also found to have a black cell phone on his person in one of his socks. The cell phone was returned to HOLIDAY when he was released from custody.

29.    The Camry was impounded after the incident.  A search of the Camry revealed a SCCY CPX-2 9mm handgun, with a silver slide and black frame located on the floorboard of the rear passenger side, where HOLIDAY had been seated during the pursuit.  The weapon had a 9mm round in the chamber and no magazine inserted.  A magazine was located near the gun with three R-P 9mm Luger rounds loaded.  The seized SCCY CPX-2 9mm handgun matches the description (silver slide and black frame) of the handgun used by Suspect 1 in the April 6, 2017 (Market at the Ranch) robbery. The R-P 9mm Luger ammunition is the same brand of ammunition as a casing recovered from the scene of the Market at the Ranch robbery above. Ballistic testing of the SCCY CPX-2 handgun showed that weapon created casing marks that matched the marks on the casings collected at the robbery that occurred at the Market at the Ranch.  A DNA profile identified from the textured portion of the handgun came back to JONES.

30.    **TT#1** was also located in the back of the Camry. The three occupants of the vehicle that were apprehended by police advised they did not own **TT#1**. **TT#1** utilized the phone number 618-671-9378. The area code 618 is associated with southern Illinois,

11

including Belleville, where investigators subsequently learned JONES had been living. **TT#1** was searched pursuant to state and federal search warrants. The FBI is not relying upon, and asks the Court not to consider, anything the agents may or may not have found during these searches.

31.    On May 11, 2017, a search warrant was executed at HOLIDAY's residence. On that same date, police spoke with HOLIDAY's sister, who said she lived at the residence. During that interaction, police showed HOLIDAY's sister two photographs of Suspect 1 from the April 6, 2017 robbery (Market at the Ranch). After viewing these two photos HOLIDAY's sister said, "Wow, that resembles my brother but I can't say for certain it's him." The investigator showed her the photos from the other robbery scenes. HOLIDAY's sister then said she could not identify the suspects and had not seen the clothing in her house. As provided below, clothing matching that worn by Suspect 1 during the April 20, 2017 robberies was found at the residence. Police also showed photographs of Suspect 1 from the April 6, 2017 robbery to HOLIDAY's neighbor, who said the suspect appeared to be HOLIDAY. The investigator then showed him photographs from the April 20, 2017 Apollo Liquor store robbery. The neighbor identified Suspect 2 from the April 20, 2017, robbery as the skinny individual that has been staying at HOLIDAY's residence and who has a tattoo over his eyebrow. JONES is both skinny and has a tattoo over his eyebrow.

31.    On May 11, 2017, investigators spoke with JONES' mother-in-law, who said JONES had quit the gang life, moved out-of-state to Illinois with his wife, and then returned to San Diego for the month of April. Investigators also learned from JONES' mother-in-law that JONES had obtained a new cell phone.

32.    During the search of HOLIDAY's residence, officers found black and white checkered boxers that match the boxers worn by Suspect 1 during two of the April 20, 2017 robberies (Eastridge Liquor and Apollo Market). After April 10, 2017, when SDPD seized the SCCY CPX-2 9mm handgun from where HOLIDAY was sitting in the Camry, Suspect 1 began using different firearms in his subsequent robberies, including a black semi-

12

automatic handgun with a silver ejector port.  During the search of HOLIDAY's residence, behind a speaker cover, officers found a Model 75 9mm handgun that was black with a silver ejector port. The seized handgun matches the description of the handgun used in the robberies on April 20, 2017 (Eastridge Liquor, Apollo Market, and G&M Market). The seized handgun was loaded with Perfecta 9mm ammunition, which is the same brand of ammunition as the casing recovered from the scene of the April 19, 2017 robbery (7-Eleven). Ballistics testing also matched the handgun to the discharged ammunition recovered from the 7-Eleven robbery.

33.     On or about April 17, 2018, JONES pled guilty to a Superseding Information in case 17CR1370-AJB, which alleged, in part, that JONES aided and abetted three of the April 2017 robberies described above. In his signed plea agreement, JONES admitted to obtaining the SCCY CPX-2 9mm handgun in Illinois and traveling with the firearm to San Diego, California, arriving on or about March 30, 2017. The SCCY CPX-2 9mm handgun was registered to an individual in Illinois who told investigators he had purchased three firearms, including a 9mm handgun but thought the 9mm handgun had been manufactured by Taurus. When shown a photograph of the SCCY handgun, the individual indicated that the SCCY could have been the type of 9mm handgun he had owned. The individual told investigators he did not know JONES or HOLIDAY and had pawned his 9mm handgun in September of 2015 or 2016 (he could not recall the exact date).

### Evidence on Target Device

34.     Based upon my experience and training, consultation with other law enforcement officers experienced in robbery investigations, and all the facts and opinions set forth in this affidavit, I know that individuals involved in robberies often utilize cell phones that contain electronic records, communications, and data such as emails, text messages, photographs, audio files, videos, and location data:

    a.    tending to identify attempts to coordinate and commit armed robberies in the San Diego area;

b.      tending to identify accounts, facilities, storage devices, and/or services–such as email addresses, IP addresses, and phone numbers–used to facilitate armed robberies in the San Diego area;

c.      tending to identify participants, co-conspirators, criminal associates, or others involved in armed robberies in the San Diego area;

d.      tending to identify travel to or presence at locations involved in armed robberies in the San Diego area, such as locations robbed, or scouted for robbery, or safe houses, where firearm(s) and ammunition used in the robberies were obtained or stored;

e.      tending to identify the user of, or persons with control over or access to, the subject telephone; and/or

f.      tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above.

### III.

## CELL PHONE SEARCH METHODOLOGY

35.    It is not possible to determine, merely by knowing the cellular telephone's make, model and serial number, the nature and types of services to which the device is subscribed and the nature of the data stored on the device. Cellular devices today can be simple cellular telephones and text message devices, can include cameras, can serve as personal digital assistants and have functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing. An increasing number of cellular service providers now allow for their subscribers to access their device over the internet and remotely destroy all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "flight mode" which disables access to the network. Unlike typical computers, many cellular telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular telephone models using forensic hardware and software.

Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired.  For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must examine the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

36.    Following the issuance of this warrant, FBI will collect the subject cellular telephone and subject it to analysis.  All forensic analysis of the data contained within the telephone and its memory cards, call detail records, and deleted files will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

37.    Identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks. The personnel conducting the identification and extraction of data will complete the analysis within fourteen (14) days, absent further application to this court.

//
//
//
//
//
//
//
//
//
//
//
//
//

## IV.

## CONCLUSION

38.     Based on the foregoing, there is probable cause to conclude that evidence of violations of federal criminal law, namely, 18 U.S.C. §§ 1951 and 924(c), as described in **Attachment B**, will be found on **TT#1**.

39.     Therefore, I respectfully request that the Court issue a warrant authorizing me or another federal law enforcement agent specially trained in digital evidence recovery, to search the device described in **Attachment A**, and seize the items listed in **Attachment B**.

_____
Alex Esconde
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this ___10___ day of May 2018.

_____
HON. BERNARD  G. SKOMAL
United States Magistrate Judge

16